Dismissed and Memorandum Opinion filed July 2, 2009








Dismissed
and Memorandum Opinion filed July 2, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00443-CR

NO. 14-09-00446-CR

NO. 14-09-00447-CR

NO. 14-09-00449-CR

____________

 

JONATHAN KELLY,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 337th District Court

Harris County, Texas

Trial Court Cause Nos. 1187480,
1200337, 1200324, and 1199251

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to three counts of credit/debit card abuse and one count
of fraudulent use or possession of identifying information.  In each case, in
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on April 30, 2009, to confinement for thirteen months
in the State Jail Division of the Texas Department of Criminal Justice, the
sentences to run concurrently.  We dismiss the appeals.








In each
case, the trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in each record on appeal.  See
Tex. R. App. P. 25.2(d).  In each
case, the record supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeals.  

 

PER CURIAM

 

 

Panel consists of Justices Anderson, Guzman, and
Boyce.

Do Not Publish C Tex. R. App. P.
47.2(b)